IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| OPT OUT SERVICES LLC, )<br>)<br>*Plaintiff*, )<br>)<br>)<br>-v- )<br>)<br>OPTOUTPRESCREENED.COM, )<br>OPTOUTPRESCREENING.COM, OPTOUTPRE- )<br>SCREEN.COM, WWWOPTOUTPRESCREEN.COM, )<br>POPTOUTPRESCREEN.COM, OPT- )<br>OUTPRESCREEN.COM, )<br>)<br>*Defendants*. )<br>) | Civil Action No. 1:19-cv-676<br>Hon. Liam O'Grady<br>Hon. John F. Anderson |

## **ORDER**

Before the Court is the Plaintiff's Motion for Default Judgment. Dkt. 14. Judge Anderson issued a Proposed Findings of Fact and Recommendations on October 4, 2019. Dkt. 18. The Court has reviewed the pleadings in this case, as well as the Proposed Findings of Fact and Recommendations, and hereby **APPROVES** and **ADOPTS** the findings of Judge Anderson.

Plaintiff's Motion for Default Judgment is hereby **GRANTED**. Judgment is entered in favor of Opt Out Services LLC and against each of the above-captioned domain names pursuant to Count I of the Complaint (Dkt. 1) alleging a violation of the Anti-Cybersquatting Consumer Protection Act (15 U.S.C. § 1125(d)(1)(C)). VeriSign, Inc. shall change the registrar of record for the domain names optoutprescreened.com, optoutprescreening.com, optoutpre-screen.com, wwwoptoutprescreen.com, poptoutprescreen.com, and opt-outprescreen.com to GoDaddy.com LLC, Plaintiff's choice of registrar, and that GoDaddy.com LLC register the domain names in

Plaintiff's name. Per Plaintiff's request, and upon due consideration, Count II of the Complaint for In Rem Trademark Infringement is hereby **DISMISSED WITHOUT PREJUDICE.**

It is **SO ORDERED.**

December 30, 2019
Alexandria, Virginia

Liam O'Grady
United States District Judge